JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BURT TRIGEROS, | Case No. 5:22-cv-00709-ODW (PD) |
| Petitioner, | |
| v. | **JUDGMENT** |
| CHARLES W. CALLAHAN, Warden[1], | |
| Respondent. | |

Pursuant to the Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: August 8, 2022

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

---

[1] Charles W. Callahan is the current warden of Chuckawalla Valley State Prison, where Petitioner is housed, and is substituted in under Federal Rule of Civil Procedure 25(d) as the proper Respondent. See also R.2(a), Rules Governing § 2254 Cases in U.S. Dist. Cts.